# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| Sonya Norwood | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 21-cv-0535-bhl |
| Aurora Health Care, Inc. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** the plaintiff recover nothing, the action be dismissed on the merits, and the defendants recover no costs from the plaintiff .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Brett H. Ludwig  on a motion for summary judgment under Fed. R. Civ. P. 56 .

Date:  7/8/2022

*CLERK OF COURT*

s/Julie D.
*Signature of Clerk or Deputy Clerk*